**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| GEORGIA NOBLE,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA; LPH INC., d/b/a NORTHWEST COLLECTORS; and JOHN DOES 1-10,<br><br>Defendants. | CV 26-39-H-WWM<br><br>ORDER DENYING MOTION TO DISMISS |

Before the Court is Defendant Health Care Service Corporation's (HCSC) Motion to Dismiss the case for failure to state a claim upon which relief can be granted. (Doc. 10). In light of the Plaintiff's Amended Complaint and the responsive pleading filed by Defendant HCSC, the Motion on the original Complaint is moot.

**IT IS HEREBY ORDERED** that Defendant HCSC's Motion to Dismiss is DENIED as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of October, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE